## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B.,<br><br>*Petitioner,*<br><br>v.<br><br>KENNETH GENALO, *in his official capacity as* Field Office Director of New York, Immigration and Customs Enforcement; TODD M. LYONS, *in his official capacity as* Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, *in her official capacity as* Secretary of Homeland Security; PAM BONDI*, in her official capacity as* Attorney General,<br><br>*Respondents.* | No. 26-cv-2355 |

### [PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and the motion is temporarily GRANTED.

for good cause shown, ~~the motion is GRANTED.~~  It is hereby ORDERED that Petitioner is given

leave to proceed under the pseudonym M.B.

It is so **ORDERED.**

Entered on __24__ day of __March__ , 2026

_____
United States District Judge

Respondents shall file any opposition to Petitioner's motion for leave to proceed under pseudonym no later than **March 30, 2026.** The Clerk of Court is directed to terminate ECF No. 3.