**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 24, 2026

**By ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *M.B. v. Kenneth Genalo, et al.,* No. 26 Cv. 2355 (JMF)

Dear Judge Furman:

This Office represents the Government in the above-captioned anticipatory habeas corpus action. In response to the Court's Order entered today, regarding the status of Petitioner's anticipated detention, the undersigned has confirmed with U.S. Immigration and Customs Enforcement ("ICE") that it will not detain Petitioner at his scheduled check-in appointment on March 26, 2026.[1]

Respectfully,

JAY CLAYTON
United States Attorney

By: /s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
Telephone: (212) 637-2711
Email: melissa.childs@usdoj.gov

Given Respondents' representation, the prior briefing deadlines on the jurisdictional issue, *see* ECF No. 6, are hereby VACATED. Respondent shall file a brief not to exceed five pages addressing the jurisdictional issue, no later than **March 31, 2026.** Petitioner shall file a response not to exceed five pages no later than **April 7, 2026.** No reply may be filed absent further order of this Court.

SO ORDERED. March 24, 2026

cc: Anna K. Jessurun, Esq. (by ECF)

[1] If Petitioner commits a felony or other heinous act before the March 26 appointment, ICE's assessment might change. But as things stand now, ICE will not detain Petitioner on that date.