**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
M.B.,

                                Petitioner,              26 **CIVIL** 2355 (JMF)

        -against-                        **JUDGMENT**

KENNETH GENALO et al.,

                              Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated June 23, 2026, M.B.'s Petition is

DISMISSED; accordingly, the case is closed.

**DATED:**  New York, New York
          June 23, 2026

                                   **TAMMI M. HELLWIG**

                                   _____
                                     **Clerk of Court**

                **BY:**    _____
                                    **Deputy Clerk**